O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MARLO, | ) Case No. CV 09-07717 DDP (RZx) |
| Plaintiff, | ) **ORDER RE: UNION-RELATED EVIDENCE** |
| v. | ) |
| UNITED PARCEL SERVICE, INC., | ) |
| Defendant. | ) |

For the reasons set forth in Defendant's bench brief in support of its motions in limine, the court finds that Plaintiff's California Labor Code section 923 claim is preempted to the extent that it is based on Plaintiff's attempts to unionize workers.

The court therefore grants Defendant's request to exclude the following evidence:

(1) Plaintiff's efforts or inquiries related to unionizing full time supervisors;

(2) any conversations Plaintiff had related to unionizing full time supervisors, including his manager's alleged response;

(3) any witness's speculation or impressions as to whether having Defendant's supervisors unionized would be consistent

1        with its culture; and
2        (4) any other testimony related to unionizing any of
3        Defendant's workforce.
4
5  IT IS SO ORDERED.
6
7
8  Dated: August 7, 2012
                                    DEAN D. PREGERSON
9                                   United States District Judge

2