John A. Furutani (CSB #161757)
JAFurutani@furutani-peters.com
FURUTANI & PETERS, LLP
100 East Corson Street
Third Floor
Pasadena, CA 91103
Telephone: (626) 844-2437
Facsimile: (626) 844-2442

Attorneys for Plaintiff
MICHAEL MARLO

UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL MARLO,

Plaintiff,

vs.

UNITED PARCEL SERVICE, INC., DIVERSIFIED RISK MANAGEMENT, INC., a California corporation; GEORGE J. RAMOS, JR., an individual; JUAN COBIAN, an individual; and DOES 1-100,

Defendants.

Case No.: CV 09-07717 DDP (RZx)

**PLAINTIFF MICHAEL MARLO'S PROPOSED SPECIAL VERDICT**

Trial Date: August 14, 2012

Hon. Dean D. Pregerson

We answer the questions submitted to us as follows:

SECTION 1 – RETALIATION & FAILURE TO PROMOTE

1. Did Michael Marlo engage in protected activity?

____ Yes ____ No

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions in this section and proceed to section 2.

2. Did UPS engage in conduct that, taken as a whole, materially and adversely affected the terms and conditions of Michael Marlo's employment, including but not limited to refusing to promote him to a manager position?

____ Yes ____ No

If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions in this section and proceed to section 2

3. Was Michael Marlo's protected activity a motivating reason for UPS's decision to refuse to promote Mr. Marlo or otherwise retaliate against him?

____ Yes ____ No

If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions in this section and proceed to section 2.

4. Was UPS's conduct a substantial factor in causing harm to Michael Marlo?

____ Yes ____ No

If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions in this section and proceed to section 2.

5. What are Michael Marlo's damages?

a. Past economic loss

lost earnings $ ________

b. Future economic loss

lost earnings $ ________

other future economic loss $________

Total Future Economic Damages: $ ________

c. Past noneconomic loss, including physical pain/mental suffering:

$ ________

d. Future noneconomic loss, including physical pain/mental suffering:

$ ________

TOTAL $ ________

6. Did UPS engage in the conduct with malice, oppression or fraud?

____ Yes ____ No

SECTION 2 - WRONGFUL DISCHARGE IN VIOLATION

OF PUBLIC POLICY

7. Was Michael Marlo employed by UPS?

____ Yes ____ No

If your answer to question 7 is yes, then answer question 8. If you answered no, stop here, answer no further questions in this section and proceed to section 3.

8. Was Michael Marlo discharged?

____ Yes ____ No

If your answer to question 8 is yes, then answer question 9. If you answered no, stop here, answer no further questions in this section and proceed to section 3.

9. Was Michael Marlo's protected activity a motivating reason for UPS's decision to discharge Michael Marlo?

____ Yes ____ No

If your answer to question 9 is yes, then answer question 10. If you answered no, stop here, answer no further questions in this section and proceed to section 3.

10. Did the discharge cause Michael Marlo harm?

____ Yes ____ No

If your answer to question 10 is yes, then answer question 11. If you answered no, stop here, answer no further questions in this section and proceed to section 3.

11. What are Michael Marlo's damages?

a. Past economic loss

lost earnings $ ________

b. Future economic loss

lost earnings $ ________

other future economic loss $________

Total Future Economic Damages: $ ________

c. Past noneconomic loss, including physical pain/mental suffering:

$ ________

d. Future noneconomic loss, including physical pain/mental suffering:

$ ________

TOTAL $ ________

12. Did UPS engage in the conduct with malice, oppression or fraud?

____ Yes ____ No

SECTION 3 - CONVERSION

13. Did Michael Marlo own, possess or have a right to possess UPS restricted stock or a half-month's bonus for 2008?

____ Yes ____ No

If your answer to question 13 is yes, then answer question 14. If you answered no, stop here, answer no further questions in this section and proceed to section 4.

14. Did UPS intentionally take possession of or prevent Michael Marlo from having access to the restricted UPS stock or half-month bonus for 2008?

____ Yes ____ No

If your answer to question 14 is yes, then answer question 15. If you answered no, stop here, answer no further questions in this section and proceed to section 4

15. Did Michael Marlo consent?

____ Yes ____ No

If your answer to question 15 is no, then answer question 16. If you answered yes, stop here, answer no further questions in this section and proceed to section 4.

16. Was Michael Marlo harmed?

____ Yes ____ No

If your answer to question 16 is yes, then answer question 17. If you answered no, stop here, answer no further questions in this section and proceed to section 4.

17. Was UPS's conduct a substantial factor in causing Michael Marlo's harm?

____ Yes ____ No

If your answer to question 17 is yes, then answer question 18. If you answered no, stop here, answer no further questions in this section and proceed to section 4.

18. What are Michael Marlo's damages?

TOTAL $________

19. Did UPS engage in the conduct with malice, oppression or fraud?

____ Yes ____ No

SECTION 4 - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

20. Was UPS's conduct outrageous?

____ Yes ____ No

If your answer to question 20 is yes, then answer question 21. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

21. Did UPS intend to cause Michael Marlo emotional distress?

____ Yes ____ No

If your answer to question 21 is yes, then answer question 22. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

22. Did Michael Marlo suffer severe emotional distress?

____ Yes ____ No

If your answer to question 22 is yes, then answer question 23. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

23. Was UPS's conduct a substantial factor in causing Michael Marlo's severe emotional distress?

____ Yes ____ No

If your answer to question 23 is yes, then answer question 24. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

24. What are Michael Marlo's damages?

a. Past economic loss

lost earnings $ ________

medical expenses $_________

b. Future economic loss

lost earnings $ ________

other future economic loss $________

Total Future Economic Damages: $ ________

c. Past noneconomic loss, including physical pain/mental suffering:

$ ________

d. Future noneconomic loss, including physical pain/mental suffering:

$ ________

TOTAL $ ________

25. Did UPS engage in the conduct with malice, oppression or fraud?

____ Yes ____ No

Dated:____________

______________________________
Presiding Juror

______________________________
(Please Print Name)

RESPECTFULLY SUBMITTED.

Dated: August 8, 2012

FURUTANI & PETERS, LLP

By: ____/s/___________________________
John A. Furutani
Attorneys for Plaintiff