1   ELENA R. BACA (SB# 160564)
    elenabaca@paulhastings.com
2   ELIZABETH A. BROWN (SB# 235429)
    elizabethbrown@paulhastings.com
3   PAUL HASTINGS LLP
    515 South Flower Street
4   Twenty-Fifth Floor
    Los Angeles, CA  90071-2228
5   Telephone:  (213) 683-6000
    Facsimile:  (213) 627-0705
6
    Attorneys for Defendant
7   UNITED PARCEL SERVICE, INC.

8
                    UNITED STATES DISTRICT COURT
9
                CENTRAL DISTRICT OF CALIFORNIA
10

11   MICHAEL MARLO,                    CASE NO. CV 09-7717 DDP (RZx)

12              Plaintiff,             **DEFENDANT UNITED PARCEL
                                       SERVICE, INC.'S AMENDED
13       vs.                           PROPOSED SPECIAL VERDICT
                                       FORM**
14   UNITED PARCEL SERVICE, INC.
     and DOES 1-100,
15                                      Trial:   August 14, 2012
                Defendants.            Time:  9:00 a.m.
16                                      Courtroom:   3
                                       Judge:  Hon. Dean D. Pregerson
17
                                       Complaint Filed:  11/24/08
18

19

20

21

22

23

24

25

26

27

28

# SPECIAL VERDICT FORM

We answer the questions submitted to us as follows:

(1)     Did Plaintiff Michael Marlo prove that he engaged in protected activity?

_____ Yes            _____ No

If your answer to Q1 is **yes**, then answer Q2.  If you answered **no**, please go to Q12.

## PROMOTION AND TERMINATION

(2)     Did UPS prove that Plaintiff Michael Marlo represented to UPS either that: (a) he was not willing to relocate to be promoted or (b) he did not want to be promoted?

_____ Yes            _____ No

If your answer to Q2 is **yes**, then answer Q3.  If you answered **no**, please go to Q4.

(3)     Did UPS prove that it relied on Plaintiff's representation?

_____ Yes            _____ No

If your answer to Q3 is **yes**, then go to Q8.   If you answered **no**, please go to Q4.

(4)     Did Plaintiff Michael Marlo prove that there was an open operations manager position(s) at UPS after November 24, 2006?

_____ Yes            _____ No

If your answer to Q4 is **yes**, then answer Q5.  If you answered **no**, please go to Q8.

1    (5)    Which position(s)?

2    _____

3  Please go to Q6.

4

5    (6)    Did Plaintiff Michael Marlo prove he was more qualified than the

6  individual(s) selected for the open operations manager position(s)?

7        _____ Yes          _____ No

8

9  If your answer to Q6 is **yes**, then answer Q7.  If your answer to Q6 is **no**, please go to Q8.

10

11    (7)    Did Plaintiff Michael Marlo prove that but for his protected activity he

12  would have been promoted to an operations manager position – that is, that the only

13  reason for not promoting Plaintiff to an operations manager position was his protected

14  activity?

15        _____ Yes          _____ No

16  Please go to Q8.

17

18    (8)    Did Plaintiff Michael Marlo prove that, but for his protected activity, UPS

19  would not have terminated his employment – that is, that the only reason for terminating

20  Plaintiff's employment was his protected activity?

21        _____ Yes          _____ No

22

23  If your answer to Q7 or 8 is yes, please go to Q9; if not, go to Q12.

24

25    (9)    Did Plaintiff Michael Marlo prove that as a result of UPS's decision to

26  terminate his employment and/or to not promote him, he suffered any damages?

27        _____ Yes          _____ No

28

-2-

SPECIAL VERDICT FORM

If your answer to either Q9 is **yes**, then answer Q10.  If your answer to Q9 is **no**, please go to Q12.

    (10)   Did UPS prove that Plaintiff Michael Marlo failed to mitigate his damages?

        _____ Yes            _____ No

Please go to Q11.

    (11)   What damages did Plaintiff prove he suffered as a result of UPS's decision to terminate his employment and/or to not promote him, taking into account the amount of loss he could have avoided by mitigating his damages, if any?

        Economic loss: _____

        Non-economic loss:_____

Please go to Q 12.

<strong>CONVERSION</strong>

    (12)   Did Plaintiff Michael Marlo prove that he had possession or an immediate right of possession in MIP restricted stock units ("RSUs") or the December 2008 half-month bonus ("bonus")?

        _____ Yes            _____ No

If your answer to Q 12 is **no**, please go to Q18.   If you answered **yes**, please answer Q13.

    (13)   Did Plaintiff Michael Marlo prove that UPS wrongfully, knowingly and intentionally took possession of the RSUs or bonus from Plaintiff?

        _____ Yes            _____ No

SPECIAL VERDICT FORM

If your answer to Q13 is **no**, please go to Q18.  If you answered **yes**, please answer Q14.

     (14)   Did Plaintiff consent to UPS's actions with respect to the RSUs and bonus?

        _____ Yes         _____ No

If your answer to Q14 is **yes**, please go to Q18.  If you answered **no**, please answer Q15.

     (15)   Did Plaintiff prove that he demanded the return of the RSUs or bonus?

        _____ Yes         _____ No

If your answer to Q15 is **no**, please go to Q18.  If you answered **yes**, please answer Q16.

     (16)   Did Plaintiff Michael Marlo prove that UPS's interference with his possession of the RSUs and bonus caused him injury, damage, loss or harm?

        _____ Yes         _____ No

If your answer to Q16 is **no**, please go to Q18.  If you answered **yes**, please answer Q17.

     (17)   What is the value of the harm Plaintiff Michael Marlo proved he suffered because of UPS's interference with the RSUs or bonus?

     RSUs: _____

     Bonus:_____

Please go on to Q18.

SPECIAL VERDICT FORM

1

**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

2

3    (18)   Did Plaintiff prove that in terminating his employment, UPS engaged in

4    extreme and outrageous conduct with the intent to cause him emotional harm?

5    _____ Yes          _____ No

6

7    If your answer to Q 18 is **no**, please go to page 7, Q 22.  If you answered **yes**, then

8    answer Q 19.

9

10    (19)   Please list the name(s) of individual(s) who engaged in the extreme and

11    outrageous conduct with the intent to cause Plaintiff emotional harm?

12    _____

13    _____

14   Please go to Q 20

15

16    (20)   Did Plaintiff prove that he suffered severe emotional distress?

17    _____ Yes          _____ No

18

19    If your answer to Q 20 is **no**, please go to page 7, Q 22.  If you answered **yes**, then

20    answer Q 21.

21

22    (21)   Did Plaintiff prove that UPS's extreme and outrageous conduct was the

23    actual and proximate cause of Plaintiff's severe emotional distress?

24    _____ Yes          _____ No

25

26   Please go to Q 22.

27

28

-5-

SPECIAL VERDICT FORM

**PUNITIVE DAMAGES**

*To be answered only if you answered "yes" to Qs 7, 8, 16 or 21.*

(22)  Did Plaintiff prove **by clear and convincing evidence** that an officer, director or managing agent of UPS made the decision to terminate his employment, to not promote him, to take possession of the RSUs or bonus, or to inflict extreme emotional distress?

_____ Yes             _____ No

If your answer to Q 22 is **no**, please stop, have the presiding juror date and sign the verdict.  If you answered **yes**, please go on to Q 23.

(31)  Did Plaintiff prove **by clear and convincing evidence** that in terminating Plaintiff's employment, failing to promote Plaintiff, taking possession of the RSUs or bonus, or inflicting extreme emotional distress, a UPS's officer, director or managing agent acted with oppression, fraud or malice?

_____ Yes             _____ No

Please date and sign the verdict.

Signed:    _____

                        Presiding Juror

Date:    _____

After it has been signed, deliver this special verdict form to the bailiff.

-6-

SPECIAL VERDICT FORM

1    Respectfully submitted

2

3    Dated:  August 8, 2012          Elena R. Baca

4                                    Elizabeth A. Brown
                                     PAUL HASTINGS LLP
5

6                                    By:  ____/s/ Elena R. Baca_____

7                                         Elena R. Baca

8                                    Attorneys for Defendant United Parcel Service,
                                     Inc.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SPECIAL VERDICT FORM