JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MARLO, | ) Case No. CV 09-07717 DDP (RZx) |
| Plaintiff, | ) **JUDGMENT** |
| v. | ) |
| UNITED PARCEL SERVICE, INC., | ) |
| Defendant. | ) |

This action was brought by Michael Marlo against his former employer, United Parcel Service, Inc. Tried before a jury were Plaintiff's claims for relief for (1) retaliation, (2) wrongful termination in violation of public policy, and (3) intentional infliction of emotional distress.

After a bifurcated jury trial, including an initial liability and damages and second punitive damages phase, in which the jury rendered verdict in favor of plaintiff Michael Marlo,

IT IS HEREBY ORDERED, ADJUDGED, DECREED AS FOLLOWS:

1. Judgment is entered in favor of Michael Marlo and against United Parcel Service, Inc. in the following amounts:

|   |   |   |   |   |
|---|---|---|---|---|
| a. | Economic Loss: | $ | 1,701,425.00 |
| b. | Non-Economic loss: | $ | 384,000.00 |
| c. | Intentional Infliction of Emotional Distress: | $ | 116,000.00 |
| d. | Punitive Damages: | $ | 15,897,053.00 |

TOTAL JUDGMENT:                               $  18,098,478.00

2.   Plaintiff is awarded costs.

Dated: September 19, 2012

*/s/ Dean D. Pregerson*
DEAN D. PREGERSON
United States District Judge

2