CLOSED

UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MARLO,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC.; and DOES 1-100,<br><br>Defendants. | Case No.: CV 09-07717 DDP (RZx)<br><br>**AMENDED JUDGMENT** |

   This action was brought by Michael Marlo against his former employer, United Parcel Service, Inc. Tried before a jury were Plaintiff's claims for relief for (1) retaliation, (2) wrongful termination in violation of public policy, and (3) intentional infliction of emotional distress.

After a bifurcated jury trial, including an initial liability and damages and second punitive damages phase, in which the jury rendered verdict in favor of plaintiff Michael Marlo,

And after post-trial briefings and a hearing before this Court on November 5, 2012, at which the Court denied Defendant's Motion for New Trial and Motion for Judgment as a Matter of Law, and granted a remittitur as to the punitive damage award which was accepted by plaintiff Michael Marlo,

IT IS HEREBY ORDERED, ADJUDGED, DECREED AS FOLLOWS:

1. Judgment is entered in favor of Michael Marlo and against United Parcel Service, Inc. in the following amounts:

| | | |
|---|---|---|
| a. | Economic Loss: | $ 1,701,425.00 |
| b. | Non-Economic loss: | $ 384,000.00 |
| c. | Intentional Infliction of Emotional Distress: | $ 116,000.00 |
| d. | Punitive Damages: | $ 6,604,275.00 |

TOTAL JUDGMENT:            $ 8,805,700.00

2. Plaintiff is awarded costs.

Dated: November 8, 2012

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE